**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| | ) | Case No.  21-04731 |
| MEATHEAD RESTAURANTS, LLC, | ) | |
| | ) | Chapter  11 |
| | ) | |
| Debtors. | ) | |
| | ) | |

**Certification of Relatedness**

The undersigned attorney certifies that:

1.      (a)  2 cases are being filed under Chapter  11 that are related to each other; and/or

(b)  2 cases are being filed under Chapter 11 that are related to case(s) now pending, and

2.      The cases are related because:

[ ]    the debtors are husband and wife; or

[ ]    the debtor was a debtor in a previous case under Chapter 11; or

[X]    the cases involve persons or entities that are affiliates as defined in § 101(2) of the Bankruptcy Code

3.      Include case numbers of all cases related:

21-04729
_____

_____

_____

The undersigned attorney requests that the cases be assigned to the same judge.


Date of certification:  ___4/9/2021_____      Attorney's signature:/s/  David A. Warfield_____