| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Meathead Restaurants, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** |
| Case number (if known): | **21-04731** |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Alarm Detection Systems** 1111 Church Rd Aurora, IL 60505 | | Trade debt | | | | $1,630.94 |
| **Alpha Baking Company** 36230 Treasury Center Chicago, IL 60694 | | Trade debt | | | | $44,892.16 |
| **Alsco** 2641 S. Leavitt St. Chicago, IL 60608 | | Trade debt | | | | $2,038.01 |
| **C150-II 709 S. Main LLC** c/o Campus Advantage 709 S. Main St. Normal, IL 61761 | | Rent | | | | $19,975.46 |
| **City of Bloomington Water** P.O. Box 801214 Kansas City, MO 64180-1214 | | tax claim | | | | $3,120.18 |
| **City of Champaign Sales Tax** Finance Department-Annette 102 N. Neil Champaign, IL 61820 | | sales tax | | | | $3,912.59 |
| **Dreamspace Munster, LLC** c/o Lee & Associates, LLC 10123 Alliance Rd., Suite 300 Cincinnati, OH 45242 | | Trade debt | | | | $25,727.60 |

Debtor **Meathead Restaurants, LLC**     Case number *(if known)* **21-04731**
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **DTAT Enterprises Inc.**<br>**Iroquis Federal**<br>**108 Arbours Dr.**<br>**Savoy, IL 61874** | | **Trade debt** | | | | $28,943.52 |
| **Eichenhauer Services Inc.**<br>**2465 N. 22nd St**<br>**Decatur, IL 62526** | | **Trade debt** | | | | $2,086.04 |
| **Element Heating and Cooling**<br>**P.O Box 72**<br>**Plainfield, IL 60544** | | **Trade debt** | | | | $1,605.23 |
| **Fifth Third Bank**<br>**222 S. Riverside Plaza**<br>**29th Floor**<br>**Chicago, IL 60606** | | **PPP loans. Subject to forgivenes under loan progam.** | **Contingent** | | | $2,420,956.00 |
| **FW IL-RIverview Plaza, LLC**<br>**Roscoe Square Shopping Center**<br>**3043 Solutions Center**<br>**Chicago, IL 60677** | | **Rent** | | | | $24,095.00 |
| **Ilinois Department of Revenue**<br>**Springfield, IL 62726** | | **sales tax** | | | | $25,132.00 |
| **Indiana Department of Revenue**<br>**P.O. Box 7229**<br>**Indianapolis, IN 46207** | | **sales tax** | | | | $6,431.00 |
| **MEPT Stony Creek, LLC**<br>**c/o Hamilton Partners, Ins**<br>**300 Park Blvd., Suite 201**<br>**Itasca, IL 60143-2636** | | **Rent** | | | | $18,524.00 |
| **NuCo2 LLC**<br>**P.O. Box 417902**<br>**Boston, MA 02241-7902** | | **Trade debt** | | | | $2,387.26 |
| **Roberts Sysco Inc.**<br>**P.O. Box 620**<br>**Lincoln, IL 62656** | | **Trade debt** | | | | $7,685.92 |
| **Staples Business Advantage**<br>**P.O. Box 660409**<br>**Dallas, TX 75266-0409** | | **Trade debt** | | | | $3,776.41 |

| Debtor | Meathead Restaurants, LLC | | Case number (if known) | 21-04731 | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Well Done Hospitality Group, LLC**<br>430 W. Erie St.<br>Suite 403<br>Chicago, IL 60654 | | **Trade debt** | | | | $10,000.00 |
| **Willow Festival Regency LLC**<br>c/o Regency Centers-Willow Festival<br>1568 Solutions Center<br>Chicago, IL 60677-1005 | | **Rent** | | | | $25,605.78 |