**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: <br><br>**Meathead Restaurants LLC,** <br><br>Debtor. | Chapter 11 <br><br> Bankruptcy No. 21-04731 <br>(Jointly Administered) <br><br> Honorable Timothy A. Barnes |

### NOTICE OF HEARING

**Please take notice** that on **Monday, January 24, 2022, at 1:00 P.M.,** or as soon thereafter as counsel may be heard, the undersigned attorneys shall appear before the Honorable Judge Timothy A. Barnes, or any judge sitting in that judge's place, and present Meathead Restaurants Objection to Claim No. 19 filed by The Coca-Cola Company, a copy of which is attached.

**This objection will be presented and heard electronically using Zoom for Government.** No personal appearance is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 161 329 5276 and the password is 433658. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Dated: December 17, 2021 				Meathead Restaurants LLC


						By: */s/ Adam Goodman*
						One of its Attorneys

Adam Goodman (ARDC #6229333)
Shu-Yu Lin (BAR ID #5782388)
**GOODMAN TOVROV HARDY
& JOHNSON LLC**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel:	(312) 238-9592
Fax:	(312) 264-2535 (fax)
Email:	agoodman@goodtov.com
	shuyulin@goodtov.com

## CERTIFICATE OF SERVICE

      I, Adam Goodman, an attorney, hereby certify that on December 17, 2021, pursuant to Section II.B.4 of the Administrative Procedures for the Case Management/Electronic Case Filing System and Fed.R.Civ.P. 5(a), I caused a copy of the foregoing *Notice of Hearing* and the accompanying *Objection to Claim 19 filed by The Coca-Cola Company* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the attached Service List and by U.S. mail on all other persons identified as Non-Registrants on the below Service List.

                                                                      */s/ Adam Goodman*

## SERVICE LIST

**Registrants**
(Service via ECF)

| | |
|---|---|
| **Matthew Brash** | mbrash@newpointadvisors.us; I003@ecfcbis.com |
| **Jason Enright** | jenright@winstead.com |
| **William J Factor** | wfactor@wfactorlaw.com; wfactorlaw@gmail.com; bharlow@wfactorlaw.com; wfactor@ecf.inforuptcy.com; wfactormyecfmail@gmail.com; factorwr43923@notify.bestcase.com |
| **Matthew T. Gensburg** | MGensburg@gcklegal.com |
| **E. Philip Groben** | pgroben@gcklegal.com; bcervantes@gcklegal.com; rrodriguez@gcklegal.com |
| **Brian Hockett** | bhockett@thompsoncoburn.com; hspurgeon@thompsoncoburn.com |
| **Gregory J Jordan** | gjordan@jz-llc.com; jordan.gregoryr99818@notify.bestcase.com |
| **Patrick S Layng** | USTPRegion11.ES.ECF@usdoj.gov |
| **David A. Newby** | dnewby@momkus.com; lholub@momkus.com |
| **Lauren Newman** | lnewman@thompsoncoburn.com; chicagodocketing@thompsoncoburn.com; |

{00212370}

| | |
|---|---|
| | aversis@thompsoncoburn.com; |
| | ebarraza@thompsoncoburn.com |
| **Jeffrey K. Paulsen** | jpaulsen@wfactorlaw.com; |
| | bharlow@wfactorlaw.com; |
| | jpaulsen@ecf.inforuptcy.com |
| **Konstantine T. Sparagis** | gsparagi@yahoo.com; |
| | Gus@konstantinelaw.com; |
| | Morgan@konstantinelaw.com; |
| | Drew@konstantinelaw.com |
| **David A Warfield** | dwarfield@thompsoncoburn.com |
| **Brian P Welch** | bwelch@burkelaw.com; |
| | gbalderas@burkelaw.com |
| **David K Welch** | dwelch@burkelaw.com; |
| | gbalderas@burkelaw.com; |
| | bwelch@burkelaw.com; |
| | welchdr67393@notify.bestcase.com |
| **Mark R Zito** | mzito@jz-llc.com |

**Non-Registrants**
(Service via U.S. Mail)

| | |
|---|---|
| **Crave Brands, LLC** | **Meathead Restaurants, LLC** |
| c/o Robert Handler, Manager | c/o Robert Handler, Manager |
| 205 W. Wacker Drive, Suite 918 | 205 W. Wacker Drive, Suite 918 |
| Chicago, IL 60606 | Chicago, IL 60606 |

**The Coca-Cola Company**
PO Box 102703
Atlanta, GA 30368

{00212370}

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>**Meathead Restaurants LLC,**<br><br>Debtor. | Chapter 11<br><br>Bankruptcy No. 21-04731<br>(Jointly Administered)<br><br>Honorable Timothy A. Barnes |

### MEATHEAD'S OBJECTION TO CLAIM NO. 19 FILED
### BY THE COCA-COLA COMPANY

Pursuant to 11 U.S.C. § 502 and Rule 3007 of the Federal Rules of Bankruptcy Procedure, Meathead Restaurants LLC ("**MHR**"), as the Reorganized Debtor in the captioned proceeding, objects to Claim No. 19 filed by The Coca-Cola Company ("**Coca-Cola**"). In support of the requested relief, MHR respectfully states and alleges as follows:

### JURISDICTION

1. This Court has jurisdiction over this Objection pursuant to 28 U.S.C. §§ 157 and 1334, and Local Rule 40.3.1(a) of the United States District Court for the Northern District of Illinois.

2. Venue of the above-captioned cases (the "**Cases**") and of this Objection is proper in this Judicial District pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(1) and (b)(2)(A) and (O).

{00212370}

## DISCUSSION

3. Meathead Restaurants LLC and Crave Brands LLC (the "***Debtors***") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "***Bankruptcy Code***"), on April 9, 2021 (the "***Petition Date***") thereby initiating the Cases.

4. On April 12, 2021 Meathead Restaurants, LLC filed a Motion for Joint Administration (the "***Motion***") and the Motion was granted on April 13, 2021 [Dkt. No. 11].

5. On June 29, 2021, Coca-Cola filed proof of claim #19 with the Clerk of the Court asserting an unsecured claim of $79,774.00 (the "***Claim***"), based upon freestyle equipment removal and costs and unearned marketing funds. Affixed to the Claim is one document listing Unbundling fees from Q2, Q3, and Q4 of 2020, but no further details, proof, or evidence of these amounts are provided. See **Exhibit 1**, Coca-Cola's Proof of Claim.

6. On November 29, 2021, the Court entered an Order confirming the Debtors' Second Amended Joint Plan of Reorganization.  MHR is operating as the Reorganized Debtor.

7. The books and records of MHR indicate that it owes Claimant $14,146.43 as of the Petition Date and not the amount set forth in the proof of claim.

8.    MHR thus believes that the Claim is overstated and because there is no support for the amount requested, MHR believes the Claimant is not entitled any amount in excess of $14,146.43.

9.    Based upon the foregoing, Claim #19 should be disallowed in its entirety.

**WHEREFORE**, Meathead Restaurants LLC respectfully requests that the Court enter an order sustaining this objection to Claim No. 19 of Coca-Cola, disallowing Claim No. 19 in its entirety, and issuing such other relief as this Court may deem just and proper.

Dated: December 17, 2021        Meathead Restaurants LLC

By: */s/ Adam Goodman*
One of its attorneys

Adam Goodman (ARDC #6229333)
Shu-Yu Lin (Bar ID #5782388)
**GOODMAN TOVROV HARDY
   & JOHNSON LLC**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel:    (312) 238-9592
Fax:   (312) 264-2535 (fax)
Email:  agoodman@goodtov.com
           shuyulin@goodtov.com

{00212370}