**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| **Crave Brands LLC, et al.,** | Bankruptcy Nos. 21-04729 and 21-04731 |
| Debtors. | (Jointly Administered) |
| | Honorable Timothy A. Barnes |

### NOTICE OF HEARING

**Please take notice** that on **Monday, January 24, 2022, at 1:00 P.M.,** or as soon thereafter as counsel may be heard, the undersigned attorneys shall appear before the Honorable Judge Timothy A. Barnes, or any judge sitting in that judge's place, and present Reorganized Debtors' Motion to Modify Claim No. 8 of Dreamspace Munster, LLC, a copy of which is attached.

**This objection will be presented and heard electronically using Zoom for Government.** No personal appearance is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 161 329 5276 and the password is 433658. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

{00212563}

| | |
|---|---|
| Dated: December 20, 2021 | Meathead Restaurants LLC |
| | By: */s/ Adam Goodman*<br>One of its Attorneys |

Adam Goodman (ARDC #6229333)
Shu-Yu Lin (BAR ID #5782388)
**GOODMAN TOVROV HARDY
 & JOHNSON LLC**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel:    (312) 238-9592
Fax:    (312) 264-2535 (fax)
Email:  agoodman@goodtov.com
        shuyulin@goodtov.com

{00212563}

## CERTIFICATE OF SERVICE

      I, Adam Goodman, an attorney, hereby certify that on December 20, 2021, pursuant to Section II.B.4 of the Administrative Procedures for the Case Management/Electronic Case Filing System and Fed.R.Civ.P. 5(a), I caused a copy of the foregoing *Notice of Hearing* and the accompanying *Document* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the attached Service List and by U.S. mail on all other persons identified as Non-Registrants on the below Service List.

                                                                */s/ Adam Goodman*

### SERVICE LIST

**Registrants**
(Service via ECF)

| | |
|---|---|
| **Matthew Brash** | mbrash@newpointadvisors.us; I003@ecfcbis.com |
| **Jason Enright** | jenright@winstead.com |
| **William J Factor** | wfactor@wfactorlaw.com; wfactorlaw@gmail.com; bharlow@wfactorlaw.com; wfactor@ecf.inforuptcy.com; wfactormyecfmail@gmail.com; factorwr43923@notify.bestcase.com |
| **Matthew T. Gensburg** | MGensburg@gcklegal.com |
| **E. Philip Groben** | pgroben@gcklegal.com; bcervantes@gcklegal.com; rrodriguez@gcklegal.com |
| **Brian Hockett** | bhockett@thompsoncoburn.com; hspurgeon@thompsoncoburn.com |
| **Gregory J Jordan** | gjordan@jz-llc.com; jordan.gregoryr99818@notify.bestcase.com |
| **Patrick S Layng** | USTPRegion11.ES.ECF@usdoj.gov |
| **David A. Newby** | dnewby@momkus.com; lholub@momkus.com |
| **Lauren Newman** | lnewman@thompsoncoburn.com; chicagodocketing@thompsoncoburn.com; aversis@thompsoncoburn.com; ebarraza@thompsoncoburn.com |

{00212563}

| | |
|---|---|
| **Jeffrey K. Paulsen** | jpaulsen@wfactorlaw.com; bharlow@wfactorlaw.com; jpaulsen@ecf.inoruptcy.com |
| **Konstantine T. Sparagis** | gsparagi@yahoo.com; Gus@konstantinelaw.com; Morgan@konstantinelaw.com; Drew@konstantinelaw.com |
| **David A Warfield** | dwarfield@thompsoncoburn.com |
| **Brian P Welch** | bwelch@burkelaw.com; gbalderas@burkelaw.com |
| **David K Welch** | dwelch@burkelaw.com; gbalderas@burkelaw.com; bwelch@burkelaw.com; welchdr67393@notify.bestcase.com |
| **Mark R Zito** | mzito@jz-llc.com |

**Non-Registrants**
(Service via U.S. Mail)

**Crave Brands, LLC**
c/o Robert Handler, Manager
205 W. Wacker Drive, Suite 918
Chicago, IL 60606

**Meathead Restaurants, LLC**
c/o Robert Handler, Manager
205 W. Wacker Drive, Suite 918
Chicago, IL 60606

**Dreamspace Munster, LLC**
Gregory J. Jordan
Jordan & Zito LLC
107 Oxford Ave.
Clarendon Hills, IL 60514

{00212563}

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: <br><br> **Crave Brands LLC, et al.,** <br><br> Debtors. | Chapter 11 <br><br> Bankruptcy Nos. 21-04729 and 21-04731 <br> (Jointly Administered) <br><br> Honorable Timothy A. Barnes |

### REORGANIZED DEBTORS' MOTION TO MODIFY
### LANDLORD CLAIM NO. 8 FILED BY DREAMSPACE MUNSTER, LLC

Pursuant to 11 U.S.C. § 502 and Rule 3007 of the Federal Rules of Bankruptcy Procedure, Crave Brands LLC ("*Crave*") and Meathead Restaurants LLC ("*MHR*"), as the Reorganized Debtors in the captioned proceeding, request the entry of an Order modifying Claim No. 8 filed by Dreamspace Munster, LLC ("*Claimant"),* to take account of the assumption of the subject lease under the Debtors' Second Amended Joint Plan of Reorganization (the "*Plan*"). In support of the requested relief, MHR and Crave (the "*Reorganized Debtors*") respectfully state and alleges as follows:

### JURISDICTION

1. This Court has jurisdiction over this Objection pursuant to 28 U.S.C. §§ 157 and 1334, and Local Rule 40.3.1(a) of the United States District Court for the Northern District of Illinois.

{00212563}

2. Venue of the above-captioned cases (the "**Cases**") and of this Objection is proper in this Judicial District pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(1) and (b)(2)(A) and (O).

## DISCUSSION

3. MHR and Crave filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "**Bankruptcy Code**"), on April 9, 2021 (the "**Petition Date**") thereby initiating the Cases.

4. On April 12, 2021, Meathead Restaurants, LLC filed a Motion for Joint Administration (the "**Motion**") and the Motion was granted on April 13, 2021 [Dkt. No. 11].

5. On May 18, 2021, Claimant filed proof of claim no. 8 with the Clerk of the Court asserting an unsecured claim of $61,874.20 (the "**POC**"), on account of a lease of real property between MHR and Claimant. A copy of the POC is appended as Exhibit 1.

6. On November 29, 2021, the Court entered an Order confirming the Debtors' Second Amended Joint Plan of Reorganization. MHR and Crave are operating as the Reorganized Debtors.

{00212563}

7.  As part of the confirmation of the Plan, the Reorganized Debtors assumed the lease with Claimant and agreed to pay the cure amount in accordance with the Plan.

8.  The Reorganized Debtors thus request an order in the form of that appended hereto modifying the POC to provide that Claimant shall receive the treatment provided to Claimant as the holder of an assumed lease under the Plan and that the treatment under the Plan shall be controlling with respect to any amounts owed to Claimant.

**WHEREFORE**, each of the Reorganized Debtors respectfully request that the Court enter an order in the form of that appended hereto amending Claim No. 8 in the manner set forth herein, and issuing such other relief as this Court may deem just and proper.

Dated: December 20, 2021

Meathead Restaurants LLC

By: */s/ Adam Goodman*
One of its attorneys

Adam Goodman (ARDC #6229333)
Shu-Yu Lin (BAR ID #5782388)
**GOODMAN TOVROV HARDY
 & JOHNSON LLC**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel:    (312) 238-9592
Fax:    (312) 264-2535 (fax)
Email:  agoodman@goodtov.com
        shuyulin@goodtov.com

{00212563}